Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*Garrison Drama Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARRISON DRAMA LIMITED,<br><br>*Plaintiff*<br><br>v.<br><br>263 WMZJ PHONE CASE STORE, BABAITE ALILI 18 STORE, DINGHE ALILI QTPC15 STORE, DINGHE ALILI QTPC16 STORE, FANGJINGYE ALILI PC 47 STORE, FANGJINGYE ALILI PC45 STORE, FANGJINGYE ALILI PC46 STORE, FANGJINGYE ALILI PC49 STORE, FENG04 STORE, FENG06 STORE, FENG10 STORE, FENG16FENG16 STORE, GROWJAA-3C011 STORE, HEIKA ALILI QTPC13 STORE, HEIKA PC12 STORE, HEIKA PC14 STORE, HUAHUAZHENG58 STORE, LEFITTY019 PHONE CASE STORE, LK030 NANA STORE, LUCKY 29 STORE, LUCKY 31 STORE, LUCKY26 STORE, LUOGUXUANTIAN PC82 STORE, NANNAN3 STORE, NICEY CASE STORE, PENGHUWAN A GREAT PHONE CASE 334 STORE, QIANJINGRENLI ALILI PC42 STORE, QIANJINGRENLI ALILI PC43 STORE, QIANJINGRENLI ALILI PC44 STORE, QIU 001 | **24-cv-9742 (MKV)**<br><br>**[PROPOSED]**<br>**UNSEALING ORDER** |

| |
|---|
| STORE, QIU 003 STORE, QUANYIBAI ALILI PC34 STORE, QUANYIBAI ALILI PC35 STORE, QUANYIBAI ALILI PC38 STORE, SHENGXIANGYU PC54 STORE, SHENGXIANGYUN ALILI PC56 STORE, SHENXIANGYUN2 PC52 STORE, SHOP1102373654 STORE, SHOP1103646143 STORE, SHOP1103648078 STORE, SHOP1103730851 STORE, SHOP1103771224 STORE, SHOP1103775141 STORE, SHOP1103779232 STORE, SHOP1103802020 STORE, SHOP1103805155 STORE, SHOP1103808115 STORE, SHOP1103812012 STORE, SHOP1103813010 STORE, SHOP1103813163 STORE, SHOP1103983099 STORE, SHOP1104019049 STORE, SHOP1104092174 STORE, SHOP1104128358 STORE, SHOP1104156293 STORE, SHOP1104186341 STORE, SHOP1104187577 STORE, SHOP1104190759 STORE, SHOP1104196585 STORE, SHOP1104198530 STORE, SONGQUAN ALILI 23 STORE, TAIHUI01 STORE, TIKTOKS PHONE ACCESSORIES STORE, WAN 17 STORE, WUHANLIMI ALILI PC72 STORE, WUHANLIMI ALILI PC76 STORE, WUHANLIMI ALILI PC78 STORE and YUNIAN3 ALILI PC31 STORE, |
| *Defendants* |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __8__ day of __January__, 2025, at __6:00__ p.m.
New York, New York

*Mary Kay Vyskocil*
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE