```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARRISON DRAMA LIMITED,

*Plaintiff*

v.

263 WMZJ PHONE CASE STORE, ET AL,

*Defendants*

1:24-cv-09742 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court entered an Order granting Plaintiff's *ex parte* application for a temporary restraining order and ordered Defendants to show cause why a preliminary injunction should not be issued. [ECF No. 17]. No Defendants appeared or otherwise responded to the Court' Order. Thereafter, the Court entered a Preliminary Injunction. [ECF No. 6]. Nothing further has occurred in this action since.

Accordingly, Plaintiff is directed to file a status letter on or before October 2, 2025 advising the Court of the status of this action including whether this case needs to remain open.

**SO ORDERED.**

Date: **September 25, 2025**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1