USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARRISON DRAMA LIMITED,

              Plaintiff,

-against-

263 WMZJ PHONE CASE STORE, BABAITE ALILI 18 STORE, DINGHE ALILI QTPC15 STORE, DINGHE ALILI QTPC16 STORE, FANGJINGYE ALILI PC 47 STORE, FANGJINGYE FANGJINGYE ALILI ALILI PC46 STORE, FANGJINGYE ALILI PC49 STORE, FENG04 STORE, FENG06 STORE, FENG10 STORE, FENG16FENG16 STORE, GROWJAA-3C011 STORE, HEIKA ALILI QTPC13 STORE, HEIKA PC12 STORE, HEIKA PC14 STORE, HUAHUAZHENG58 STORE, LEFITTY019 PHONE CASE STORE, LK030 NANA STORE, LUCKY 29 STORE, LUCKY 31 STORE, LUCKY26 STORE, LUOGUXUANTIAN PC82 STORE, NANNAN3 STORE, NICEY CASE STORE, PENGHUWAN A GREAT PHONE CASE 334 STORE, QIANJINGRENLI ALILI PC42 STORE, QIANJINGRENLI ALILI PC43 STORE, QIANJINGRENLI ALILI PC44 STORE, QIU 001 STORE, QIU 003 STORE, QUANYIBAI ALILI PC34 STORE, QUANYIBAI ALILI PC35 STORE, QUANYIBAI ALILI SHENGXIANGYU PC38 STORE, PC54 STORE, SHENGXIANGYUN ALILI PC56 STORE, SHENXIANGYUN2 PC52 STORE, SHOP1102373654 STORE, SHOP1103646143 STORE, SHOP1103648078 STORE, SHOP1103730851 STORE, SHOP1103771224 STORE, SHOP1103775141 STORE, SHOP1103779232 STORE, SHOP1103802020 STORE, SHOP1103805155 STORE, SHOP1103808115 STORE,

1:24-cv-09742-MKV

SCHEDULING ORDER

1

SHOP1103812012 STORE,
SHOP1103813010 STORE,
SHOP1103813163 STORE,
SHOP1103983099 STORE,
SHOP1104019049 STORE,
SHOP1104092174 STORE,
SHOP1104128358 STORE,
SHOP1104156293 STORE,
SHOP1104186341 STORE,
SHOP1104187577 STORE,
SHOP1104190759 STORE,
SHOP1104196585 STORE,
SHOP1104198530 STORE, SONGQUAN
ALILI 23 STORE, TAIHUI01 STORE,
TIKTOKS PHONE ACCESSORIES STORE,
WAN 17 STORE, WUHANLIMI ALILI PC72
STORE, WUHANLIMI ALILI PC76 STORE,
WUHANLIMI ALILI PC78 STORE and
YUNIAN3 ALILI PC31 STORE

Defendant.

MARY KAY VYSKOCIL, United States District Judge:

This action having been commenced on December 18, 2024, by the filing of a Complaint

under seal, and a copy of the Summons and Complaint having been served on the Defendants via

either the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in

Civil or Commercial Matters or authorized alternative means, [ECF Nos. 18, 26, 29], and

Defendants not having answered the Complaint, and the time for answering the Complaint having

expired, and Plaintiff having moved for entry of default judgment on January 16, 2026, [ECF No.

38], and having served the Motion on Defendants, [ECF No. 42], and no opposition having been

filed, it is HEREBY ORDERED that the Parties will appear at a Default Judgment Hearing on

**July 23, 2026 at 11:00AM.**  The Hearing will be held telephonically.  To join the Hearing, dial

+1 646-453-4442 and enter access code 154 447 814#.

2

It is FURTHER ORDERED that Plaintiff must serve this Scheduling Order and another copy of all papers in support of Plaintiff's motion on Defendants on or before July 16, 2026. Proof of service must be filed on the ECF docket by July 17, 2026.

**SO ORDERED.**

**Dated: July 2, 2026**
      **New York, New York**

**HON. MARY KAY VYSKOCIL**
**United States District Judge**